DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**VIRGINIA T. SCOTT,**

Appellant,

v.

**MANOR CARE OF WEST PALM BEACH FL, LLC** d/b/a **MANOR CARE HEALTH SERVICES - WEST PALM BEACH** and **HCR III HEALTHCARE, LLC,**

Appellees.

No. 4D17-2540

[June 7, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502014CA011863XXXXMB.

Virginia T. Scott, Jupiter, pro se.

Scott A Cole and Daniel M. Schwarz of Cole Scott & Kissane, P.A. Plantation, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***